JOHN W. GRAY *v.* GEORGE H. VANDYKE.

The record of a judgment rendered by default on a summons returnable forth-with for want of appearance should state that it was made returnable forth-with, because the justice was satisfied by the oath of the plaintiff or otherwise, that there was danger of his losing the benefit of his process by delay.

CERTIORARI.    The record stated that a summons was issued for the appearance of the defendant forthwith, and judgment was rendered against him by default for want of appearance, but not that the justice was satisfied by the oath of the plaintiff or otherwise that there was danger of his losing the benefit of his process by delay, and which was assigned for error in the case.

*The Court* reversed the judgment.